**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | CRIMINAL NO. 4:11-CR-247 MAC |
| | § | |
| SERGIO FERNANDO HERNANDEZ (2) | § | |

**REPORT AND RECOMMENDATION**
**OF UNITED STATES MAGISTRATE JUDGE**

Pending before the Court is the Government's request for revocation of Defendant's supervised release. After the District Court referred the matter to this Court for a report and recommendation, the Court conducted a hearing on July 18, 2018, to determine whether Defendant violated his supervised release. Defendant was represented by Denise Benson. The Government was represented by Ernest Gonzalez.

On March 15, 2013, Defendant was sentenced by the Honorable Richard A. Schell, United States District Judge, to a sentence of ninety (90) months imprisonment followed by a five (5) year term of supervised release for the offense of Conspiracy to Distribute or Possess with the Intent to Distribute Methamphetamine and Cocaine. On May 10, 2013, pursuant to Title 18 U.S.C. § 3582(c)(2), the sentence was reduced to seventy-two (72) months imprisonment followed by a five (5) year term of supervised release. Defendant began his term of supervision on March 3, 2017. This case was transferred to the Honorable Marcia A. Crone on May 30, 2018.

On May 29, 2018, the U.S. Probation Officer filed a Petition for Warrant or Summons for Offender under Supervision (the "Petition") (Dkt. 509). The Petition asserts that Defendant violated the following conditions of supervision: (1) Defendant shall refrain from any lawful use of a controlled substance; and (2) Defendant shall refrain from excessive use of alcohol and shall not

purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician.

The Petition alleges that Defendant committed the following violations: (1) On July 6, 2017, Defendant submitted a urine specimen to contract vendor PACS, in Garland, Texas, which tested positive for cocaine. On July 24, 2017, Defendant admitted, verbally and in writing, to USPO DeBouse, that he used cocaine on March 4 and July 4, 2017; and (2) On November 12, 2017, Defendant submitted a urine specimen to contract vendor PACS, in Garland, Texas, which tested positive for marijuana. On November 20, 2017, Defendant admitted, verbally and in writing, to USPO DeBouse, that he used marijuana on November 11, 2017. On March 7, 2018, Defendant submitted a urine specimen to contract vendor PACS, in Garland, Texas, which tested positive for marijuana. On March 15, 2018, Defendant admitted, verbally and in writing, to USPO DeBouse, that he used marijuana on March 4, 2018. On April 18, 2018, Defendant submitted a urine specimen to contract vendor PACS, in Garland, Texas, which tested positive for marijuana. On April 25, 2018, Defendant admitted, verbally and in writing, to USPO DeBouse, that he used marijuana on April 16, 2018.

At the hearing, Defendant entered a plea of true to allegations 1 and 2. Defendant waived his right to allocute before the district judge and his right to object to the report and recommendation of this Court. The Court finds that Defendant has violated the terms of his supervised release.

## **RECOMMENDATION**

Pursuant to the Sentencing Reform Act of 1984, and having considered the arguments presented at the July 18, 2018, hearing, the Court recommends that Defendant be committed to the custody of the Bureau of Prisons to be imprisoned for a term of eight (8) months, with forty-eight

(48) months supervised release to follow.

**SIGNED this 3rd day of August, 2018.**

_____
KIMBERLY C. PRIEST JOHNSON
UNITED STATES MAGISTRATE JUDGE